**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARK BETHEA,

    Plaintiff,

v.   Case No.   3:16-cv-606-J-34JBT

TOTAL ACCOUNT RECOVERY, LLC,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 29; Stipulation) filed on January 17, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

    1.   This case is **DISMISSED with prejudice**.

    2.   Each party shall bear their own attorney's fees, costs and expenses.

    3.   The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of January, 2017.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record